# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  MICHAEL A. DE PRIESTER (CONV 6/22/18)Case No. 17-82346

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

§

§

Debtor(s)     §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1)  The case was filed on 10/06/2017.

2)  The plan was confirmed on 12/01/2017.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4)  The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5)  The case was converted on 06/22/2018.

6)  Number of months from filing or conversion to last payment: 8.

7)  Number of months case was pending: 9.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

<u>Receipts:</u>

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 7,200.00 | |
| Less amount refunded to debtor(s) | $ 475.00 | |
| **NET RECEIPTS** | | $ 6,725.00 |

<u>Expenses of Administration:</u>

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,600.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 607.50 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,207.50 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

<u>Scheduled Creditors:</u>

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GARY C FLANDERS | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 3,600.00 | 0.00 |
| EXETER FINANCE CORPORATION | Uns | 0.00 | 727.82 | 727.82 | 0.00 | 0.00 |
| HEIGHTS FINANCE | Sec | 10,000.00 | 14,044.95 | 10,000.00 | 1,501.81 | 498.19 |
| HEIGHTS FINANCE | Uns | 3,900.00 | 0.00 | 4,044.95 | 0.00 | 0.00 |
| USDA RURAL DEVELOPMENT | Sec | 23,000.00 | 20,280.79 | 20,280.79 | 517.50 | 0.00 |
| ACE CASH | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 1,180.00 | 184.72 | 184.72 | 0.00 | 0.00 |
| ANDERSON PLUMBING AND | Uns | 785.00 | 736.32 | 736.32 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT&T | Uns | 1,500.00 | 1,545.63 | 1,545.63 | 0.00 | 0.00 |
| BERG JOHNSON | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| BEST CHOICE 123 | Uns | 780.00 | NA | NA | 0.00 | 0.00 |
| BRISTOL WEST INSURANCE | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| CAMELOT RADIOLOGY | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL ILLINOIS LOANS INC | Uns | 3,600.00 | 3,674.58 | 3,674.58 | 0.00 | 0.00 |
| CENTRAL ILLINOIS LOANS | Uns | 2,650.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH OF IL | Uns | 570.00 | 577.50 | 577.50 | 0.00 | 0.00 |
| COMCAST | Uns | 745.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 535.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT | Uns | 500.00 | 742.99 | 742.99 | 0.00 | 0.00 |
| DISH NETWORK | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 605.00 | NA | NA | 0.00 | 0.00 |
| ELGIN LAB PHYSICIANS | Uns | 6.00 | NA | NA | 0.00 | 0.00 |
| EXPRESS CASH MART OF ILLINOIS | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 300.00 | 216.36 | 216.36 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 530.00 | 531.56 | 531.56 | 0.00 | 0.00 |
| FIRST STATE BANK | Uns | 715.00 | NA | NA | 0.00 | 0.00 |
| FRONTIER COMMUNICATION | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE HOSPITAL | Uns | 1,300.00 | NA | NA | 0.00 | 0.00 |
| KYTE RIVER EMERGENCY | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND SURGICAL CENTER | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 1,250.00 | 1,258.93 | 1,258.93 | 0.00 | 0.00 |
| MIDWEST DENTAL | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPEDIC | Uns | 1,980.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPAEDIC ASSOC | Uns | 2,200.00 | NA | NA | 0.00 | 0.00 |
| MULTI LOAN SOURCE | Uns | 785.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 500.00 | 1,053.55 | 1,053.55 | 0.00 | 0.00 |
| NICOR | Uns | 430.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICINE | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| OSFMG- ROCHELLE HOSP % CHRI | Uns | 45.00 | 161.26 | 161.26 | 0.00 | 0.00 |
| PEOPLE SUBSCRIPTION | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| ROCHELLE COMMUNITY HOSPITAL | Uns | 15,300.00 | NA | NA | 0.00 | 0.00 |
| ROCHELLE MUNICIPAL UTILITIES | Uns | 2,200.00 | NA | NA | 0.00 | 0.00 |
| ROCHELLE MUNICIPAL UTILITIES | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 255.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ASSOC PATHOLOGISTS | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| SFC | Uns | 1,500.00 | 1,013.55 | 1,013.55 | 0.00 | 0.00 |
| SILVER CLOUD FINANCIAL | Uns | 865.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| SPOT LOAN | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| STILLMAN BANK | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 30.00 | 27.43 | 27.43 | 0.00 | 0.00 |
| VERIZON BY AMERICAN | Uns | 2,200.00 | 2,167.61 | 2,167.61 | 0.00 | 0.00 |
| VERIZON BY AMERICAN | Uns | 30.00 | 819.80 | 819.80 | 0.00 | 0.00 |
| WISE FINANCE | Uns | 2,500.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WORLD ACCEPTANCE | Uns | 875.00 | 868.79 | 868.79 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 2,150.00 | 1,703.76 | 1,703.76 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 515.97 | 515.97 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 20,280.79 | $ 517.50 | $ 0.00 |
| Debt Secured by Vehicle | $ 10,000.00 | $ 1,501.81 | $ 498.19 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 30,280.79 | $ 2,019.31 | $ 498.19 |
|  |  |  |  |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
|  |  |  |  |
| **GENERAL UNSECURED PAYMENTS:** | $ 23,273.08 | $ 0.00 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 4,207.50 |
| Disbursements to Creditors | $ 2,517.50 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 6,725.00 |

UST Form 101-13-FR-S (9/1/2009)

12)  The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:   07/09/2018                    By:   /s/ Lydia S. Meyer
                                              Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.